UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SEAN PHILLIPS,

     Petitioner,

                           Case No. 1:19-cv-842

v.

                           Hon. Hala Y. Jarbou

RANDEE REWERTS,

     Respondent.

_____/

## **ORDER**

       This is a habeas corpus petition filed pursuant to 28 U.S.C. § 2254.  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on May 3, 2021, recommending that this Court deny the petition.  The Report and Recommendation was duly served on the parties.  No objections have been filed, *see* 28 U.S.C. § 636(b)(1), and the Court issues this Order.  The Court will also issue a Judgment in this § 2254 proceeding.  *See Gillis v. United States*, 729 F.3d 641, 643 (6th Cir. 2013) (requiring a separate judgment in habeas proceedings).  Therefore,

       **IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 8) is **APPROVED** and **ADOPTED** as the Opinion of the Court and the petition for habeas corpus relief (ECF No. 1) is **DENIED** for the reasons stated in the Report and Recommendation.

       **IT IS FURTHER ORDERED** that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) is **DENIED** as to each issue asserted.  *See* RULES GOVERNING § 2254 CASES, Rule 11 (requiring the district court to "issue or deny a certificate of appealability when it enters a final order").  Petitioner has not demonstrated that reasonable jurists would find the Court's rulings

debatable or wrong.  *Slack v. McDaniel*, 529 U.S. 473 (2000); *Murphy v. Ohio*, 263 F.3d 466, 466-67 (6th Cir. 2001).


Dated:   June 4, 2021                                      /s/ Hala Y. Jarbou
                                                           HALA Y. JARBOU
                                                           UNITED STATES DISTRICT JUDGE